[No. 21749–6–I.  Division One.  February 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MUHAMMAD BROOKENS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–03032–8, Patricia H. Aitken, J., entered

December 17, 1987. *Dismissed* by unpublished per curiam opinion.